# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

YAN JUAN ZHEN,

        Defendant.

Case No. 2:13–cr–40–APG–VCF

**ORDER**

This matter involves the United States' prosecution of Yan Juan Zhen for, *inter alia*, conspiracy to manufacture a controlled substance in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(vii). Before the court is Yan Juan Zhen's Motion for Discovery (#84), which seeks disclosure of *Brady* material. To date, the Government has not responded to Zhen's motion.

Therefore, the Government is ordered to file an opposition to Zhen's motion by Monday, September 29, 2014. If the Government fails to file a timely response, the court will construe the Government's failure to respond as a consent to the granting of the motion.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Government must file an OPPOSITION to Yan Juan Zhen's Motion for Discovery (#84) by September 29, 2014 or CONSENT to the granting of the motion.

IT IS SO ORDERED.

DATED this 23rd day of September, 2014.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE