# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00040-APG-VCF |
| vs. | **ORDER** |
| YAN JUAN ZHEN, | |
| Defendant. | |

The parties request to continue the discovery hearing scheduled for 10:00 a.m., December 24, 2014. (#106). Trial is scheduled for May 11, 2015. (#106).

IT IS HEREBY ORDERED that the discovery hearing scheduled for 10:00 a.m., December 24, 2014 is VACATED and continued to 10:00 a.m., February 12, 2015, in courtroom 3D.

DATED this 22nd day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE